

February 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/25/2015 3:37:38 PM

CHRISTOPHER A. PRINE
Clerk

JOSEPH SALHAB
ATTORNEY OF RECORD
2028 BUFFALO TERRACE
HOUSTON, TX  77019

Defendant's Name: JUAN REYES, JR

Cause No: 1313736

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2-12-15
**Sentence Imposed Date:** 2-12-15
**Court of Appeals Assignment: First  Court of Appeals**
**Appeal Attorney of Record:** JOSEPH SALHAB

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

CYNTHIA LEE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1313736

## THE STATE OF TEXAS

Juan Reyes, Jr. , A/K/A/ _____

V.

**184** District Court / ~~County Criminal Court at Law No.~~ _____

Harris County, Texas

F I L E D

Chris Daniel
District Clerk

FEB 1 2 2015

Time_____ Harris County, Texas

By_____
Deputy

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On February 12, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

- ☑ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

Feb. 12, 2015
**Date**

Juan Reyes
**Defendant (Printed name)**

Allen C. Isbell
**Attorney (Signature)**

Allen C. Isbell
**Attorney (Printed name)**

1043500
**State Bar Number**

202 Travis 208
**Address**

713 256 1000
**Telephone Number**

**The defendant (check all that apply):**

- ☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☒ ASKS the Court to ORDER that a free record be provided to him.
- ☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

X Juan Jr Reyes
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **Feb. 12, 2015** the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☒ IS indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is ~~GRANTED / DENIED.~~

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

☒ _____(attorney's name & bar card number) is APPOINTED to represent defendant / appellant on appeal.

☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **Feb. 12, 2015**

X _____

JUDGE PRESIDING,
184 DISTRICT COURT /
~~COUNTY CRIMINAL COURT AT LAW NO.~~ _____,
HARRIS COUNTY, TEXAS

 

Cause No. **1313736**

THE STATE OF TEXAS

IN THE  DISTRICT COURT **184th**

~~COUNTY CRIMINAL COURT AT LAW NO.~~ ____

v.

**JUAN Reyes** , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____  
Judge

**2/12/15**  
_____  
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____  
Defendant

_____  
Defendant's Counsel

Mailing Address: _____

**FILED**  
~~Chris Daniel~~  
**District Clerk**  
FEB 12 2015  
Time:_____  
**Harris County, Texas**  
By_____  
Deputy

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: **10431500**

Mailing Address: **202 TRAVIS, Str20 HOUSTON, 77002**

Telephone number: **(713)236-1000**

Fax number (if any): **(713)236-1809**

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

Court **KGrt** 4-13-15    Cause No. _131373&_

### The State of Texas
Vs

_JUAN REYES JR._

2-12-15

**Date Notice
Of Appeal:** ~~2-27~~ 2·12·15

**Presentation:**     Vol._____ Pg._____

**Judgment:**     Vol._____ Pg._____

**Judge Presiding** _JAMES WILKINSON_

**Court Reporter** _CYNTHIA LEE_

**Court Reporter**_____

**Court Reporter**_____

**Attorney
on Trial** _ALLEN ISBELL_

**Attorney
on Appeal** _TO BE DETERMIND_

Appointed_____ Hired_____

**Offense** _CAPITAL MURDER_

**Jury Trial**     Yes ✓ No_____

**Punishment
Assessed** _LIFE WITHOUT PAROLE_

**Companion Cases
(If Known)** _N/A_

**Amount of
Appeal Bond** _N/A_

**Appellant
Confined:**     Yes ✓ No_____

**Date Submitted
To Appeal Section**_____

**Deputy Clerk**_____